648 F.2d 1039
 26 Fair Empl.Prac.Cas. 139
 Mary Weis COOPER, Plaintiff-Appellant,
v.
UNIVERSITY OF TEXAS AT DALLAS, Defendant-Appellee.
 No. 80-1412.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit A
 June 25, 1981.
 Law Offices of James C. Barber, James C. Barber, Dallas, Tex., for plaintiff-appellant.
 Martha H. Allan, Lonny Zwiener, Asst. Attys. Gen., Austin, Tex., for defendant-appellee.
 Appeal from the United States District Court for the Northern District of Texas, Patrick E. Higginbotham, Judge.
 Before BROWN, GOLDBERG and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 
 1
 The trial court's decision is affirmed on the basis of the insightful and well-reasoned opinion of the district judge. Cooper v. University of Texas at Dallas, 482 F.Supp. 187 (N.D.Tex.1979).
 
 
 2
 AFFIRMED.